90 So.2d 926

### Ex parte A. J. (Bud) THOMPSON et al.

### 7 Div. 236.

Supreme Court of Alabama.

Sept. 21, 1956.

T. Eric Embry, Birmingham, for petitioners.

John Patterson, Atty. Gen., and Bernard F. Sykes, Asst. Atty. Gen., for respondent.

PER CURIAM.

Petition dismissed.

90 So.2d 927

### Ex parte Nell WALTON et al.

### 5 Div. 659.

Supreme Court of Alabama.

Oct. 31, 1956.

Reynolds & Reynolds and Glen T. Bashore, Clanton, for petitioners.

Karl Harrison, Columbiana, and Robt. L. Bowers, Clanton, for respondent.

PER CURIAM.

Writ denied.

92 So.2d 62

### Mabel B. YARBROUGH

### v.

### Major GRIFFITH, Sr., et al.

### 8 Div. 744.

Supreme Court of Alabama.

Dec. 19, 1956.

D. U. Patton, Athens, and Julian Harris and Norman W. Harris, Decatur, for appellant.

Brewer & Coleman, Decatur, for appellees.

PER CURIAM.

Appeal dismissed by agreement.